UNITED STATES DISTRICT COURT          Case No.
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SMOOT INVESTMENTS INC.,

                                                          **COMPLAINT**
                              Plaintiff,

              -against-

SPOTIBLE, INC. and DANA GHAVAMI,

                                 Defendants.
------------------------------------------------------------------X

Plaintiff, by its attorneys, Vlock & Associates, P.C., complains against the Defendants as follows:

## THE PARTIES

1. Plaintiff SMOOT INVESTMENTS INC. is a corporation duly organized and existing pursuant to the laws of the State of West Virginia, with its principal place of business located at 3000 Smoot Road, Smoot, West Virginia 24977.

2. Defendant SPOTIBLE, INC. is a corporation organized and existing pursuant to the laws of the State of Delaware, having a principal place of business at 5 Penn Plaza, 23rd Floor, New York, New York 10001.

3. Defendant DANA GHAVAMI is an individual who is a citizen of the State of New York, whose domicile is 863 Ridge View Way, Franklin Lakes, New Jersey 07417.

## JURISDICTION AND VENUE

4. Jurisdiction over the subject matter of this action is properly in this Court pursuant to 28 U.S.C. § 1332, based upon diversity of citizenship of the parties. Plaintiff is a citizen of the State of West Virginia and Defendants are citizens of the States of New York, Delaware and New Jersey. The amount in controversy herein exceeds the sum of $75,000.00.

5. Venue is pursuant to 28 U.S.C. §1391, as the cause of action arose in the Southern District of New York, and the Defendant is located in the Southern District of New York.

## CAUSE OF ACTION

6. On or about December 23, 2019, Defendant SPOTIBLE, INC., for valuable and substantial consideration, executed and delivered to Plaintiff's predecessor-in-interest, Santander Bank, N.A., a promissory note ("Note") for a business loan in the sum of $92,000.00, to be repaid with interest at the rate set forth therein. The Note was assigned and transferred to Plaintiff SMOOT INVESTMENTS INC. by Allonge permanently affixed to the Note and made a part thereof.

7. On or about December 23, 2019, the Defendant DANA GHAVAMI executed and delivered to Plaintiff's predecessor-in-interest, Santander Bank, N.A., a Commercial Guaranty of the obligations under the Note.

8. Pursuant to the terms of the Note, upon default, the interest rate on the Note shall be increased by an additional eight percentage point margin.

9. Pursuant to the terms of the Note, upon default, Defendants are obligated to pay all costs and expenses including but not limited to attorneys' fees incurred by Plaintiff in recovering the sums due under the Note.

10. Plaintiff duly demanded that Defendants pay all sums due under the Note and Defendants failed to make payment thereof.

11. Plaintiff hereby elects and declares all sums under the Note to be immediately due and owing by Defendants.

12. As of February 4, 2026, Defendants are duly indebted to Plaintiff under the terms of the Note, in the principal sum of $89,200.00, together with interest from November 30, 2024 in the sum of $19,697.09, together with late charges in the sum of $5,003.25, for a total sum of $113,900.34, together with attorneys' fees in an amount to be determined by the Court.

13. Interest continues to accrue at the default rate set forth in the Note.

## **DEMAND FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

a. In the sum of $113,900.34, together with interest from February 4, 2026 at the default rate set forth in the Note through entry of Judgment;

b. Attorneys' fees and expenses incurred by Plaintiff in an amount to be determined by the Court;

c. The costs and disbursements of this action; and

d. Such other and further relief as the Court deems just and proper under the circumstances.

Dated:  New York, New York
        February 13, 2026

                VLOCK & ASSOCIATES, P.C.
                Attorneys for Plaintiff
                630 Third Avenue, 18th Floor
                New York, New York 10017
                (212) 557-0020

                By: *s/Stephen Vlock*
                Stephen Vlock, Esq.
                svlock@vlocklaw.com