USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SMOOT INVESTMENTS INC.,                      :
                                             :
                          Plaintiff,         :
                                             :           1:26-cv-1240-GHW
              -against-                       :
                                             :               ORDER
SPOTIBLE, INC., *et al.*,                     :
                                             :
                          Defendants.  :
                                             :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On March 31, 2026 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 14, 2026. Dkt. No. 16. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 31, 2026 order forthwith, and in no event later than May 4, 2026.

     SO ORDERED.

Dated:  April 28, 2026
New York, New York
                                     _____
                                            GREGORY H. WOODS
                                          United States District Judge