UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2026

-------------------------------------------------------------------X

SMOOT INVESTMENTS INC.,                     :
                                            :
                          Plaintiffs,       :
                                            :              1:26-cv-1240-GHW
            -against-                       :
                                            :                 ORDER
SPOTIBLE INC., *et al.*,                    :
                                            :
                          Defendants.       :
                                            :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 18, 2026, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 30, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's February 18, 2026 order forthwith and in any event no later than May 5, 2026.

SO ORDERED.

Dated:  May 4, 2026

_____
GREGORY H. WOODS
United States District Judge