USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SMOOT INVESTMENTS INC.,                       :
                                              :
                              Plaintiffs,     :
                                              :                    1:26-cv-1240-GHW
              -against-                        :
                                              :                    ORDER
SPOTIBLE INC., *et al.*,                       :
                                              :
                              Defendants.     :
                                              :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 18, 2026, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than April 30, 2026. And the Court ordered that the parties "submit via email . . . [the] Proposed Civil Case Management Plan and Scheduling Order in editable PDF format." *Id.* Because the parties had not submitted either the joint status letter or proposed case management plan by the deadline, on May 4, 2026, the Court reminded the parties of their obligations pursuant to the Court's February 18, 2026 order. Dkt. No. 26. The parties filed a proposed case management plan and joint letter on May 5, 2026. Dkt. Nos. 27 & 28. However, the Court has not received the proposed case management plan in "editable PDF format." Dkt. No. 6. The parties are directed to comply with the Court's February 18, 2026 order forthwith and in any event no later than May 6, 2026.

SO ORDERED.

Dated:  May 5, 2026                        _____
New York, New York                              GREGORY H. WOODS
                                              United States District Judge